UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-08465 JAK (MRWx) | Date | December 11, 2017 |
| Title | Alexander Lehr v. Federal National Mortgage Association, et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION**

The case was removed to this Court. Pursuant to Rule 81 of the Federal Rules of Civil Procedure, a response to the Complaint is due the later of 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. A proof of service indicating that Defendant has been served with the Complaint, or a response to the Complaint have not been filed. Accordingly, Plaintiff is ordered to show cause in writing on or before December 27, 2017, why this Defendant should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. Therefore, the Order to Show Cause will stand submitted upon the filing of an appropriate response, proof of service, the filing of an answer by Defendant, and/or an application for the entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   ak