UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDER LEHR, | Case No.: 2:17-cv-08465-JAK-MRW |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, A/K/A FANNIE MAE AND WELLS FARGO BANK, N.A; AND DOES 1-10, INCLUSIVE, | JS-6 |
| Defendants. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**

Because the Motion to Dismiss brought by Defendant WELLS FARGO BANK, N.A. ("Wells Fargo") was granted such that the claims advanced in the Complaint were dismissed with prejudice, and because the Motion to Vacate the Judgment of Dismissal Against Defendant Federal National Mortgage Association is moot,

1. Judgment is entered in favor of Wells Fargo and against Plaintiff;
2. Plaintiff shall take and recover nothing from Wells Fargo.
3. Each party shall bear its own fees and costs.

Dated: July 13, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1